# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

MICHAEL ROULEAU,

    Plaintiff,

v.

OFFICER JOHN ELWELL, et al.,

    Defendants.

Civ. No. 10-3804 (RBK) (JS)

**ORDER**

For the reasons set forth in the Court's Opinion filed herewith,

IT IS on this   16   day of   October  , 2013,

ORDERED that plaintiff's motion for default judgment (Dkt. No. 29.) is GRANTED IN PART AND DENIED IN PART.  Plaintiff's motion for default judgment is granted on his excessive force claim but denied on his unlawful seizure claim; and it is further

ORDERED that pursuant to the writ of habeas corpus ad testificandum that shall be issued, plaintiff shall appear before the Court on   November 25, 2013  , at  11:00  A.M.   for a hearing to determine a proper award of damages.

                                                s/Robert B. Kugler
                                                ROBERT B. KUGLER
                                                United States District Judge