IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE
HONORABLE ROBERT B. KUGLER

MICHAEL ROULEAU,

    Plaintiff(s),

    v.

OFFICER JOHN ELWELL, et al,

    Defendant(s).

Civil No. 10-3804(RBK-JS)

**O R D E R**

**THIS MATTER HAVING** come before the court upon a hearing to determine damages to be awarded plaintiff, pro se, and it appearing that on April 30, 2012, the Clerk entered default against defendants Officer John Elwell, Officer Stevens and the Wildwood Police Department, and it is further appearing that by Order of May 16, 2013 [document 26] Wildwood Police Department was dismissed, and it further appearing that by Order of October 17, 2013 [document 36] Default Judgment was entered against defendants Officer John Elwell and Officer Stevens pending a hearing on damages, and it further appearing that on November 25, 2013, the court conducted a hearing and took testimony under oath and viewed documentary exhibits and photographs provided by the plaintiff, and the court finding that plaintiff suffered bruises and abrasions to his face and jaw which were not permanent, and the court finding plaintiff did not demonstrate by competent medical testimony or reports any fractures, dislocations or other permanent or temporary physical injuries, and the court finding plaintiff suffered some minor degree of pain and emotional distress,

**IT IS ON THIS**   4th   day of December, 2013, **ORDERED** that Default Judgment is hereby entered in favor of plaintiff and against defendants Officer John Elwell and Officer Stevens for violation of his federal constitutional rights and physical injury including pain and suffering in the amount of five thousand dollars ($5,000), together with prejudgment interest and any costs of suit, jointly and severally.

        s/Robert B. Kugler  
        ROBERT B. KUGLER  
        United States District Judge